**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1102**

_____

In re:  JAMES MICHAEL JOHNSON

Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia at Richmond. (3:19-cr-00117-HEH-MRC-2)

_____

Submitted:  May 15, 2025                                          Decided:  May 20, 2025

_____

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

James Michael Johnson, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Michael Johnson petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Johnson's § 2255 motion on April 17, 2025. Accordingly, because the district court has recently decided Johnson's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*